AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MICHAEL W. WEBSTER

## WARRANT FOR ARREST

CASE NUMBER: 1:06-M-48M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL W. WEBSTER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
mail and wire fraud

in violation of Title 18 United States Code, Section(s) §§ 1341 and 1343

David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

May 10, 2006, Providence, RI
Date and Location

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3 JUSTA STREET, WEST WARWICK, RHODE ISLAND 02893 | | |
| DATE RECEIVED 5/10/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/17/2006 | Andrew Yesnowski - Special Agent | Andrew Yesnowski |

This form was electronically produced by Elite Federal Forms, Inc.