AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MICHAEL W. WEBSTER

**WARRANT FOR ARREST**

CASE NUMBER: 1:06-M-48M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL W. WEBSTER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
mail and wire fraud

in violation of Title 18 United States Code, Section(s) §§ 1341 and 1343

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | May 10, 2006, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/10/06 | CJ Wyant SDUSM | [signature] Wyant |
| DATE OF ARREST 5/17/06 | | |

This form was electronically produced by Elite Federal Forms, Inc.